UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 18-cv-1364 NEB/ECW

| | |
|---|---|
| Sarah Simmons,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>　　　　　　　Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff Sarah Simmons and Defendant Diversified Adjustment Service, Inc., by their respective undersigned attorneys, pursuant to a full and final settlement reached by the parties, that all claims in the above-entitled action by Plaintiff against Defendant may be, and hereby are dismissed, on their merits with prejudice and with each party to bear its own costs, including attorneys' fees.

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| By: s/Thomas J. Lyons Jr.<br>Thomas J. Lyons, Jr., Esq.<br>Attorney I.D. #: 0249646<br>CONSUMER JUSTICE CENTER, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone:  (651) 770-9707<br>Facsimile:   (651) 704-0907<br>tommy@consumerjusticecenter.com<br><br>Dated:   December 28, 2018 | By:  s/<br>Michael A. Klutho (#186302)<br>Patrick D. Newman (#395864)<br>BASSFORD REMELE P.A.<br>100 South Fifth Street, Suite 1500<br>Minneapolis, Minnesota 55402-3707<br>Phone: (612) 333-3000<br>Fax: (612) 333-8829<br>mklutho@bassford.com<br>pnewman@bassford.com<br><br>Dated:  December 28, 2018 |