# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SARAH SIMMONS, | Case No. 18-CV-1364 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DIVERSIFIED ADJUSTMENT SERVICE INC. | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on January 2, 2019 [ECF No. 23], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on the merits and with each party to bear its own costs, including attorneys' fees.

Dated: January 3, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge